1  **Mark P. Robinson, Jr.**, SBN 054426
2  **Carlos A. Prietto, III**, SBN 166410
3  **Ted B. Wacker**, SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
4  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
5  949-720-1288; Fax 949-720-1292
6
7  Attorneys for Plaintiff
   Marvin H. Dooms
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB ) ) MDL No. 1699 ) ) JUDGE BREYER |
|---|---|
| This document relates to: **MARVIN H. DOOMS** Individual Case No. 3:06-cv-0337-CRB | ) **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-06378 GPS, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** ) |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Marvin H. Dooms, Case Number CV 05-06378 GPS, originally filed in the Central District of California on August 26, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-0337-CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: July 13, 2006

ROBINSON, CALCAGNIE & ROBINSON

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

*Counsel for Plaintiff*
MARVIN H. DOOMS

Dated: July 20, 2006

GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054
*Defendants' Liaison Counsel*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 21, 2006__    _____
HONORABLE CHARLES R. BREYER

